THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DISANTO, Appellant. [700 NYS2d 779] —Judgment unani-

mously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.—Attempted Burglary, 2nd Degree.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ. (Filed Dec. 7, 1999.)